IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re ENRON CORPORATION<br>SECURITIES, DERIVATIVE &<br>"ERISA" LITIGATION, | §<br>§<br>§ | MDL 1446 |

| | | |
|---|---|---|
| MARK NEWBY, ET AL., | §<br>§ | |
| Plaintiffs | §<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. H-01-3624<br>AND CONSOLIDATED CASES |
| ENRON CORPORATION, ET AL., | §<br>§ | |
| Defendants | § | |

| | | |
|---|---|---|
| CONNECTICUT RESOURCES RECOVERY<br>AUTHORITY, | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. H-03-1558 |
| KENNETH L. LAY, et al., | §<br>§ | |
| Defendants. | § | |

**ORDER**

The Court

ORDERS that counsel for Plaintiff Connecticut Resources Recovery Authority shall file within two weeks of receipt of this order a report detailing the status of H-03-1558.

**SIGNED** at Houston, Texas, this 11th day of August, 2011.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE