IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ENRON CORPORATION SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL Docket No. 1446 |
| This Document Relates to the Following Case: | |
| CONNECTICUT RESOURCES RECOVERY AUTHORITY, <br><br> Plaintiff, <br> v. <br><br> KENNETH L. LAY, et al., <br><br> Defendants. | Civil Action No. H-03-1558 (Coordinated) |

**ORDER GRANTING JEFFREY SKILLING'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Jeffrey Skilling's Unopposed Motion for Extension of Time to Respond to Complaint in the above-captioned matters is hereby granted. Mr. Skilling shall answer or otherwise respond to the Complaint in the above-captioned matter on or before July 26, 2013.

SIGNED this 15th day of January, 2013.

HON. MELINDA HARMON
United States District Judge

1