IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re ENRON CORPORATION SECURITIES, DERIVATIVE & "ERISA" LITIGATION, | § § § | MDL 1446 |

| | | |
|---|---|---|
| MARK NEWBY, ET AL., | § § | |
| Plaintiffs | § § | |
| VS. | § § | CIVIL ACTION NO. H-01-3624 AND CONSOLIDATED CASES |
| ENRON CORPORATION, ET AL., | § § | |
| Defendants | § | |

| | | |
|---|---|---|
| CONNECTICUT RESOURCES RECOVERY AUTHORITY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-03-1558 |
| KENNETH L. LAY, et al., | § § | |
| Defendants. | § | |

## ORDER

In light of the recent resolution of Jeffrey K. Skilling's criminal case (H-04-CR-25-02, instrument #1336, Final Order of Forfeiture, and #1337, Amended Judgment), the Court

ORDERS that the parties shall submit within thirty days a joint status report with a list of those motions which are still viable and pending. The Court further

ORDERS that counsel for Mr. Skilling shall file his

response to the Third Amended Complaint (#530) by July 31, 2013.

**SIGNED** at Houston, Texas, this  8th  day of July, 2013.

                                                MELINDA HARMON
                                  UNITED STATES DISTRICT JUDGE