**UNITED STATES DISTRICT COURT**

SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

UNITED STATES COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 19 2013

David J. Bradley, Clerk of Court

Turner P Smith
Curtis Mallet-Prevost et al
1201 New Hampshire Ave
Ste 430
Washington DC 20036

---

Case: 4:03-cv-01558   Instrument: 699   (2 pages)   aty
Date: Jul 8, 2013
Control: 13074374
Notice: The attached order has been entered.

---

NOTICE: After September 30, 2010, attorneys registered for electronic filing will no longer receive copies of Court notices, orders and judgments from the District Court for the Southern District of Texas by facsimile or first-class mail. All attorneys admitted to the bar of this Court, as well as those admitted pro hac vice, are required to register for electronic filing. Registration constitutes consent to electronic service of all documents as provided in the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases and in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Fed. R. Crim. P. 49. For more information, visit our web site: www.txs.uscourts.gov

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices. For questions, please call (713) 250-5768.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

NIXIE          708    SE  1   00/14/13

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 77208101010          *1933-01392-09-46

US POSTAGE — PITNEY BOWES
ZIP 77002
02 1W
0001374815   $ 000.46°   JUL 09 2013