# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Samuel Rosenthal
Curtis Mallet-Prevost et al
1200 New Hampshire Ave
Suite 430
Washington DC  20036

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 1 9 2013

David J. Bradley, Clerk of Court

---

Case: 4:03-cv-01558   Instrument: 699   (2 pages)   aty
Date: Jul  8, 2013
Control: 13074375
FAX number: 917-368-7340   (3 Total pages including cover sheet)
Notice: The attached order has been entered.

---

NOTICE: After September 30, 2010, attorneys registered for electronic filing will no longer receive copies of Court notices, orders and judgments from the District Court for the Southern District of Texas by facsimile or first-class mail.  All attorneys admitted to the bar of this Court, as well as those admitted pro hac vice, are required to register for electronic filing.  Registration constitutes consent to electronic service of all documents as provided in the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases and in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Fed. R. Crim. P. 49.  For more information, visit our web site: www.txs.uscourts.gov


If we are unable to sucessfully send this fax, we will print this notice and mail it to you.  We will continue to attempt to fax all subsequent notices.   For questions, please call (713) 250-5768.



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

NIXIE    708    FE  1009    0007/14/13
         RETURN TO SENDER
         NO MAIL RECEPTACLE
         UNABLE TO FORWARD

BC: 77208101010    *2933-04476-09-45