UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | MDL-1446 |
|---|---|---|---|

| In re Enron Corporation, Securities, Derivative & "Erisa" Litigation |||| |

| *Mark Newby, et al.*<br>*v.*<br>*Enron Corp. et al.* – | Civil Action No. H-01-3624 (consolidated) |
|---|---|
| *Connecticut Resources Recovery Authority*<br>*v.*<br>*Kenneth Lay, et al.* | Civil Action No. H-03-1558 |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number<br>Admitted in U.S. District Court for: | Richard Murray Porter<br>Assistant Attorney General<br>55 Elm Street, P.O. Box 120<br>Hartford, CT  06141<br>(860) 808-5355<br>Connecticut 423015<br>02592<br>State of Connecticut |
|---|---|

| Seeks to Appear for this Party: | Connecticut Resources Recovery Authority |
|---|---|
| Dated: 7/30/13 | Signed: [signature] |

Seeks to appear as the attorney for this party:

| The State bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's Signature: |

| ORDER | This Lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____   _____
                                                                                                                          United States District Judge

## CERTIFICATE OF SERVICE

I, Richard M. Porter, hereby certify that on this 30th day of July, 2013, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* to be served via first class, U.S. mail, postage prepaid, upon the attached Schedule A.

_____
Richard M. Porter

SCHEDULE A

Glenn E. Coe, Esq.
Brenda M. Hamilton, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT  06103
Tel: 860-549-1000
Fax: 860-724-3921
Gcoe@rms-law.com
Bhamilton@rms-law.com
**Counsel for Kenneth L. Lay**

William J. Melley, III, Esq.
Law Offices of William J. Melley, III
250 Hudson Street
Hartford, CT  06106
**Counsel for Defendant Jeffrey K. Skilling**

Michael Joseph Walsh, Esq. ct09111
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT  06106
Tel: 860-549-8440
Fax: 860-549-8443
Mike5@snet.net
**Counsel for Defendants, Richard Buy, Jeffrey McMahon and Lawrence Greg Whalley**

**Of Counsel:**
Jacks C. Nickens, Esq.
Paul D. Flack, Esq.
Bradley W. Hoover, Esq.
Nickens, Keeton, Lawless, Farrell & Flack, LLP
600 Travis, Suite 7500
Houston, TX 77002
Tel: 713-571-9191
**Counsel for Defendants, Richard Buy, Jeffrey McMahon and Lawrence Greg Whalley**

3

Stewart I. Edelstein, Esq. ct06021
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tel: 203-368-0211
Fax: 203-394-9901
Sedelstein@cohenandwolf.com
**Counsel for Defendant Ben Glisan**

Matthew M. Horowitz, Esq.
Wolf, Horowitz, Etlinger & Case
  Etlinger & Ray
241 Main Street
Hartford, CT 06106-1817
**Counsel for Defendant Ben Glisan**

Mark S. Gregory (ct 01252)
Kelley Drye & Warren LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901
Tel: 203-324-1400
Fax: 203-327-2669
Mgregory@kelleydrye.com
**Counsel for Defendant J.P. Morgan Chase & Co., Inc.**

Marc J. Kurzman
Madeleine F. Grossman
Andrew B. Nevas
Levett Rockwood, P.C.
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881
Tel: 203-222-0885
Fax: 203-226-8025
Mkurzman@levettrockwood.com
**Counsel for Defendant Merrill Lynch & Co., Inc.**

**Of Counsel:**
James L. Hallowell ct23359
Robert F. Serio, Esq.
Marshall P. King, Esq.
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166
Tel: 212-351-4000
**Counsel for Defendant Merrill Lynch & Co., Inc.**

Stephen V. Manning
James M. Tanski, Esq.
O'Brien, Tanski & Young, LLP
CityPlace II
Hartford, CT 06103
Tel: 860-525-2700
Fax: 860-247-7861
Svm@otylaw.com
**Counsel for Defendant Barclays Capital, Inc.**

Robert Plotkin
McGuire Woods LLP
1050 Connecticut Avenue NW
Suite 1200
Washington, DC 20036
Tel: 202-857-1750
Fax: 202-857-1737
**Counsel for Toronto-Dominion Bank**